UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

             - v. -

**ORDER**

~~20 Cr. 251 (CS)~~

20 CR 198 (VB)

ELIZABETH BUCKLEY

                  Defendant.
------------------------------------------------------------X

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 12/3/20*

IT IS HEREBY ORDERED that defendant ELIZABETH BUCKLEY, as a condition of her release pursuant to a personal recognizance bond dated March 11, 2020, remain in a residential drug treatment program through February 11, 2021, or until further order of this Court.

SO ORDERED:
December 3, 2020

                                             _____
                                             VINCENT L. BRICCETTI
                                             United States District Judge