UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

5/26/23

UNITED STATES OF AMERICA

-v-

No. 7:20CR00198 (VLB)

~~PROPOSED~~ ORDER

ELIZABETH BUCKLEY,

Defendant.

Vincent L. Briccetti, U.S. District Judge:

As an additional condition of supervised release, the Court hereby orders that Ms. Buckley be placed in a Residential Reentry Center ("RRC") for up to ninety (90) days. During the time Ms. Buckley resides at the RRC, Ms. Buckley must abide by all the rules and regulations of the RRC and must not be permitted to leave the facility except for work, religious observance or other acceptable reasons, including treatment, as approved by the Probation Department. Ms. Buckley's contribution toward the cost of subsistence is waived.

SO ORDERED.

Dated:      May 25, 2023
            New York, New York

Vincent L. Briccetti
U.S. District Judge