UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

ELIZABETH BUCKLEY,

                Defendant.

---

No. 7:20CR00198 (VLB)

[~~PROPOSED~~] ORDER

Vincent L. Briccetti, U.S. District Judge:

    The Court hereby orders, as a modification of the conditions of defendant's supervised release, that Ms. Buckley remain at the Brooklyn Residential Reentry Center ("RRC") for up to ninety (90) additional days following her scheduled discharge date of September 4, 2023. During the time Ms. Buckley resides at the RRC, Ms. Buckley must abide by all the rules and regulations of the RRC and must not be permitted to leave the facility except for work, religious observance or other acceptable reasons, including treatment, as approved by the Probation Department. Ms. Buckley's contribution toward the cost of subsistence is waived.

SO ORDERED.

Dated:     August 25, 2023
              New York, New York

                                                        Vincent L. Briccetti
                                                        U.S. District Judge