UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                                      :           **ORDER**           10/31/23

   -v-                                          :
                                                 :           20 CR 198 (VB)
ELIZABETH BUCKLEY,                 :
                                                 :
                      Defendant.   :
--------------------------------------------------------------x

       The Court held a status conference today in this matter, attended by defendant, all counsel, and Probation Officer Gilmore.  In advance of defendant's scheduled discharge from the Brooklyn Residential Reentry Center on December 2, 2023, a telephone conference is scheduled for November 29, 2023, at 10:30 a.m.  The parties are directed to use the same dial-in information provided for today's conference.  Probation Officer Gilmore is directed to submit a status report by November 27, 2023.

Dated: October 31, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge